ELIZABETH C. PRITZKER (Bar No. 146267)
  ecp@pritzker-law.com
BETHANY L. CARACUZZO (Bar No. 190687)
  bc@pritzker-law.com
SHIHO YAMAMOTO (Bar No. 264741)
  sy@pritzker-law.com
**PRITZKER | LAW**
633 Battery Street, Suite 110
San Francisco, CA 94111
Telephone:  (415) 692-0772
Facsimile:   (415) 366-6110

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
ROBERT G. RETANA (Bar No. 148677)
  rretana@pswlaw.com
AARON M. SHEANIN (Bar No. 214472)
  asheanin@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:   (415) 433-9008

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Il Fornaio (America) Corporation, Oliveto Partners, Ltd., and The Famous Enterprise Fish Company Of Santa Monica, Inc., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Lazzari Fuel Company, LLC, California Charcoal And Firewood, Inc., and Chef's Choice Mesquite Charcoal,<br><br>Defendants. | CASE NO. C 13-05197 WHA<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF MOTION OF PLAINTIFFS IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD., AND THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL**<br><br>Date: February 27, 2014<br>Time: 8:00 a.m.<br>Ctrm: 8<br>Honorable William H. Alsup |

I, Elizabeth C. Pritzker, declare and state as follows:

1. I am the owner and managing partner of the law firm of PRITZKER | LAW, counsel of record for Plaintiffs Il Fornaio (America) Corporation, Oliveto Partners, Ltd., and The Famous Enterprise Fish Company of Santa Monica, Inc. ("Plaintiffs"). I am admitted to practice before this Court, and I am a member in good standing of the bar of the State of California. I submit this declaration in support of the motion by Plaintiffs for appointment of interim lead class counsel, pursuant to Fed. R. Civ. P. 23(g)(1), (3).

## Background on Pritzker | Law and its Attorneys

2. I founded the Pritzker | Law firm in March 2013 based upon my more than 23 years of litigation experience representing clients in business disputes in the fields of antitrust, securities fraud, constitutional law, personal injury and consumer law. Our practices areas are exclusively in the areas of litigation, trial and client counseling. The firm represents clients in individual litigation and class cases.

## Mesquite Charcoal Investigation and Relevant Litigation Experience and Success

3. The Pritzker | Law firm began its investigation of this matter in March 2013.

4. Previous to that time, I had followed a U.S. Department of Justice investigation into the mesquite industry, which included allegations that William Lord, the owner of Chef's Choice Mesquite Charcoal, had conspired and agreed with at least two unnamed co-conspirators to allocate and not compete for existing customers, and fix the prices for mesquite lump charcoal.[1] Mr. Lord detailed his company's role in implementing and participating in the conspiracy in interviews and audio-tapes captured by federal antitrust authorities. He subsequently pleaded guilty to criminal antitrust charges in proceedings before this Court, paid a $100,000 fine, and served a four-month prison term for his company's role in the conspiracy.

5. Although federal prosecutors in the criminal proceeding against Mr. Lord had supplied sentencing memoranda and other documentation to the Court to support his guilty plea and

---

[1] Mesquite charcoal is a natural charcoal made from the mesquite tree which is favored by restaurants and commercial chefs because it burns slowly, reaches a high heat desired for searing, and releases a rich scent that permeates grilled foods.

allocution, the entities and actions taken by Mr. Lord's co-conspirators were not publicly known.

6. Starting in March 2013, I commenced a series of interviews with a confidential insider who had personal knowledge of the events and transactions that led to Mr. Lord's conviction. I and other attorneys in my firm worked with this informant, and spent several hours reviewing and analyzing confidential material provided by the informant. These efforts enabled Plaintiffs to identify Mr. Lord's co-conspirators, the other Defendants named in this litigation, and to specify the actions they took in furtherance of the alleged conspiracy to allocate customers and fix the prices of mesquite lump charcoal. As part of our investigation, the attorneys in my firm also analyzed the market for mesquite lump charcoal and the relative shares of commerce and sales in that market of each of the Defendants.

7. The Pritzker | Law firm devoted a substantial amount of attorney hours conducting a thorough investigation of the detailed claims alleged in Plaintiffs' complaint, which was filed on November 7, 2013. (Dkt. No. 1.) I have personally reviewed the complaint filed one week later by plaintiff Darbar, Inc. (filed as Dkt. No. 1 in Case No. 13-05531), which does not appear to reflect the same level of detail or pre-filing investigative effort.

8. I have over two decades of legal experience that includes successful prosecution of complex litigation and class actions in state and federal courts across the country. I have served as co-lead counsel, liaison counsel and on executive committees in numerous class actions and antitrust actions, and I am highly knowledgeable in the applicable law.

9. I served as court-appointed liaison counsel for a certified class of direct purchaser plaintiffs in *In re TFT-CLD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D.Cal.), a multi-district class action alleging price-fixing by foreign and domestic manufacturers of Thin Film Transistor Liquid Crystal Display (TFT-LCD) panels and products. This sharply contested case resulted in $433 million in settlements with several defendants, and was tried to a successful $87 million jury verdict before trebling against one defendant. *The National Law Journal* recognized this verdict as among the top 10 verdicts for 2012. My liaison duties in the case were varied, but included leading negotiations on an ESI protocol for the production and exchange of electronically-stored documents (many of which were in Korean, Mandarin, Japanese and other foreign languages)

and overseeing preservation and production of plaintiffs' written discovery. I also coordinated domestic and foreign depositions, assisted lead counsel in resolving discovery disputes both through meet and confer efforts and motion practice before the Special Master, actively participated in pre-trial briefing and settlement matters, and played a key role in marshaling the professional and monetary resources needed to successfully prosecute the case for the direct purchaser class.

10. Aside from my work in *LCD*, I currently serve in a leadership capacity in other multi-district antitrust class actions. These matters include:

(a) *In re Chocolate Confectionary Antitrust Litigation,* M.D. Pa. Case No. 1:08-md-01935, a multi-district antitrust class action pending in the federal District Court for the Middle District of Pennsylvania alleging price-fixing by foreign and domestic manufacturers of chocolate bars and confectionary products, where she serves as ESI Discovery Co-Chair;

(b) *In re International Air Transportation Surcharge Antitrust Litigation,* N.D.Cal. Case No. 07-cv-5634, a multi-district antitrust class action pending in the federal District Court for the Northern District of California alleging fuel surcharge price-fixing by airlines in the transpacific passenger airline market, where Ms. Pritzker serves as a member of the Plaintiffs' Steering Committee on behalf of the consumer class;

(c) *In re Domestic Drywall Antitrust Litigation,* E.D.Pa. Case No. 13-md-2437, a multi-district antitrust class action pending the federal District Court for the Eastern District of Pennsylvania alleging a conspiracy among gypsum board manufacturers and distributors to fix and raise the prices for gypsum board, where she serves as a Steering Committee Team Leader on behalf of the indirect purchaser plaintiff class; and

(d) *In Re Lithium Ion Rechargeable Batteries Antitrust Litigation*, N.D. Cal. Case No. 13-md-02420, a multi-district class action pending in the federal District Court for the Northern District of California alleging price-fixing by the major manufacturers of lithium ion rechargeable batteries, where Ms. Pritzker serves on a court-appointed Plaintiffs' Steering Committee on behalf of the direct purchaser plaintiff class.

11. I also have served as lead, co-lead or class counsel in several class actions outside of the antitrust context.

12. Recently, I was appointed to serve as co-lead class counsel in the *In re GIB LLC Cases* (L.A. Sup.Ct. Case No. BC 448687), a California Judicial Council Coordinated Proceeding pending before the Honorable Elihu Berle in the Complex Division of the Los Angeles Superior Court, where I represent a certified class of hair stylists and consumers who were unknowingly exposed to off-gassing formaldehyde from the Brazilian Blowout line of hair smoothing products that were deceptively advertised as "formaldehyde free" and as not containing harmful chemicals.

13. In *Wixon v. Wyndham Development Corporation* (N.D.Cal. Case No. 3:07-cv-02371), I served as one of two attorneys appointed by the Honorable Jeffrey S. White to serve as class counsel on behalf of a certified class of timeshare owners in a class action alleging violations of the California Time-Share Act. *In Berrien v. New Raintree Resorts, LLC* (N.D.Cal. Case No. 10-cv-03125), another timeshare case, the Honorable Claudia Wilken appointed me to serve as one of two class counsel on behalf of a certified class of timeshare owners in the Raintree Vacation Club.

14. I was appointed by Los Angeles County Superior Court Judge Peter D. Lichtman (now retired) to serve as class counsel in *In re General Motors Cases* (L.A. Sup. Ct. Case No. L.A. 116926), a certified class action alleging violations of California's Secret Warranty law; and by San Mateo County Superior Court Judge Beth L. Freeman to serve as class counsel in *In re Ipod Cases* (San Mateo Sup. Ct. Case No. CIV 436509), a certified consumer class action alleging that Apple falsely and deceptively advertised the battery life of the iPod music player.

15. I have been recognized by my peers as a "Super Lawyer" in 2011, 2012 and 2013, and, in 2013, I appeared on the "Northern California Top 50 Women Lawyers" list.

**Selection of Counsel to Represent Plaintiffs in the Il Fornaio Action**

16. Following our firm's investigation of this matter, I approached Bruce Simon, a named partner in the law firm of Pearson, Simon & Warshaw, LLP ("Pearson Simon"), to assess his firm's interest in prosecuting this matter as cooperating counsel. I have worked collegially with Mr. Simon and his firm on several matters, including in *LCDs*.[2] Mr. Simon and the Pearson Simon firm

---

[2] I also previously have worked collegially with Mr. Farmer and Mr. Brownstein of Farmer Brownstein Jaeger, LLP, counsel of record for Defendant Lazzari Fuel Company, LLC; and with

served as co-lead and trial counsel in *LCDs*, and his expertise, knowledge of antitrust law and recent trial experience will provide significant benefits to Plaintiffs and the proposed class.

17. Mr. Simon and the Pearson Simon firm were jointly retained with my firm by each of the Plaintiffs in the Il Fornaio Action. These Plaintiffs include restaurants located in both Northern and Southern California that purchased mesquite lump charcoal from one or more of the Defendants during the alleged 10-year Class Period.

18. Among the Plaintiffs is Il Fornaio (America Corporation). Il Fornaio owns and operates 21 full service restaurants, including restaurants operating in the following cities: Burlingame, CA; Carmel, CA; Corte Madera, CA; Denver, CO; Irvine, CA, Las Vegas, NV; Manhattan Beach, CA; Palo Alto, CA; Portland, OR; Roseville, CA; Sacramento, CA; San Francisco, CA; San Jose, CA; and Walnut Creek, CA. Because of its size and multiple restaurant locations, Il Fornaio purchased substantially more mesquite lump charcoal during the alleged Class Period than any other plaintiff.

19. The selection of knowledgeable and experienced counsel was an important consideration for each of the Plaintiffs. This was especially so for Il Fornaio given its sizeable purchases and share of potential damages. Pritzker | Law and Pearson Simon were selected to represent Il Fornaio in this matter only after a thorough vetting by the company, which included interviews with the company's general and outside counsel, and the completion of reference checks with previous clients, co-counsel and opposing counsel.

**Attached Documents**

20. Attached as Exhibit A is a true and correct of Pritzker | Law's current firm resume, which includes biographical information for me and the other attorneys of the firm that will be assigned to this matter.

**Efforts to Achieve Consensus of Leadership Structure**

21. Before bringing this motion, Bruce Simon and Robert Retana of Pearson Simon and

---

Mr. Saveri of Saveri & Saveri, Inc., and Mr. Bonsignore of the law firm of Bonsignore & Brewer, counsel of record for plaintiff in the Darbar Action.

1 I jointly and separately conferred with Mr. Saveri and Mr. Bonsignore, counsel for the plaintiff in
2 the second-filed action, *Darbar, Inc. v. Chef's Choice Mesquite Charcoal*, Case No. 13-05331, in
3 an effort to reach consensus on the selection of interim lead class counsel. Despite diligent efforts,
4 the parties were unable to reach agreement on the issue. Darbar's counsel have represented that
5 they will oppose any interim lead counsel proposal that does not include one or both of the firms
6 listed on the *Darbar* complaint in the proposed appointment.

7   I declare under penalty of perjury under the laws of the State of California and the United
8 States that the foregoing is true and correct.

9   Executed this 23rd day of January, 2014, at Taipei, Taiwan

11    /s/    *Elizabeth C. Pritzker*
12          Elizabeth C. Pritzker