1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   IL FORNAIO (AMERICA) CORPORATION,          Nos. C 13-05197 WHA;
     OLIVETO PARTNERS, LTD., and THE FAMOUS              C 13-05331 WHA
11   ENTERPRISE FISH COMPANY OF SANTA
     MONICA, INC., on behalf of themselves and all
12   others similarly situated,

13              Plaintiffs,

14      v.

15   LAZZARI FUEL COMPANY, LLC,                   **ORDER TO SHOW CAUSE**
     CALIFORNIA CHARCOAL AND FIREWOOD,            **REGARDING CONSOLIDATION**
16   INC., and CHEF'S CHOICE MESQUITE
     CHARCOAL,
17
                Defendants.
18   _____/

19   DARBAR CUISINE, INC., on behalf of itself and all
     others similarly situated,
20
                Plaintiff,
21
        v.
22
     CHEF'S CHOICE MESQUITE CHARCOAL,
23   LAZZARI FUEL COMPANY LLC,
     CALIFORNIA CHARCOAL AND FIREWOOD,
24   INC., and WILLIAM W. LORD,

25              Defendants.
26   _____/

27          In this putative antitrust class action involving mesquite charcoal, plaintiffs move for the

28   appointment of interim lead counsel in two related class action proceedings.  In preparation for

**United States District Court**
For the Northern District of California

the hearing on the motion and the case management conference scheduled for February 27, this

order requests a joint response by **FEBRUARY 6**.

 In November 2013, plaintiffs filed a 23-page class action complaint alleging "at least a

ten-year conspiracy to fix, raise and/or stabilize prizes, and allocate the market and customers in

the United States for Mesquite Lump Charcoal" in violation of the Sherman Antitrust Act,

15 U.S.C. 1, by three defendants (Compl. ¶¶ 1, 85). *Il Fornaio (America) Corp., et al. v. Lazzari*

*Fuel Company, LLC*, No. 3:13-cv-05197-WHA (N.D. Cal. Nov. 7, 2013). The complaint was

filed by proposed counsel (1) Pritzker | Law and (2) Pearson, Simon & Warshaw, LLP. The

following class is proposed:

> All persons in the United States who purchased Mesquite Lump
> Charcoal directly from any Defendant, and/or their subsidiaries
> and co-conspirators, during the period from and including January
> 2000 through at least September 30, 2011 (the 'Class Period').

(*Il Fornaio*, Compl. ¶ 8).

 Eight days later, Darbar Cuisine, Inc. filed a 9-page class action complaint against the

same three defendants and individual William W. Lord, the owner of defendant Chef's Choice

Mesquite Charcoal, alleging antitrust violations. *Darbar Cuisine, Inc. v. Chef's Choice Mesquite*

*Charcoal, et al.*, No. 3:13-cv-05331-WHA (N.D. Cal. Nov. 15, 2013). The complaint was filed

by different proposed counsel, Saveri & Saveri, Inc. and Bonsignore & Brewer. The following

class is proposed:

> All individuals and entities, who, during the period from
> approximately January 1, 2000 through at least September 30,
> 2010 (the 'Class Period'), purchased mesquite charcoal in the
> United States directly from the Defendants, their subsidiaries or
> their co-conspirator. Excluded from the Class are Defendants and
> their parents, subsidiaries, affiliates, all governmental entities, and
> co-conspirators.

(*Darbar*, Compl. ¶ 13).

 A November 27 order by Magistrate Judge Jacqueline Scott Corley related the *Il Fornaio*

and *Darbar* actions (*Il Fornaio*, Dkt. No. 14). On January 10, 2014, both actions were assigned

to the undersigned judge.

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On January 22, plaintiffs filed a motion to appoint Elizabeth C. Pritzker of Pritzker | Law as interim lead counsel for both the *Il Fornaio* and *Darbar* actions (*Il Fornaio*, Dkt. No. 33). Plaintiff filed a notice of filing in the *Darbar* action (appending the motion and supporting documents).  Counsel's declaration indicates that plaintiffs' counsel in *Il Fornaio* and plaintiff's counsel in *Darbar* "were unable to reach agreement" on selection of interim lead class counsel and "*Darbar*'s counsel have represented that they will oppose any interim lead counsel proposal that does not include one or both of the firms listed on the *Darbar* complaint in the proposed appointment" (Pritzker Decl. ¶ 21).

By **FEBRUARY 6**, the parties, including Darbar Cuisine, Inc., shall file a joint statement (not to exceed **EIGHT PAGES**) regarding consolidation of the *Il Fornaio* and *Darbar* actions pursuant to FRCP 42(a) for pre-trial and/or trial purposes.

**IT IS SO ORDERED.**

Dated:  January 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3