WILLIAM S. FARMER (SBN 46694)
DAVID BROWNSTEIN (SBN 141929)
**FARMER BROWNSTEIN JAEGER, LLP**
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
       dbrownstein@fbj-law.com

Attorneys for Defendant
Lazzari Fuel Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IL FORNAIO (AMERICA) CORPORATION; OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., and CHEF'S CHOICE MESQUITE CHARCOAL, <br><br>Defendants. | CASE NO. 3:13-CV-05197 WHA <br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

\_\_\_\_    Non Binding Arbitration (ADR L.R. 4)

\_\_\_\_    Early Neutral Evaluation (ENE) (ADR L.R. 5)

____ Mediation (ADR L.R. 6)

____ Private Process

**Private Process:**

____ Private ADR (identify process and provider)_____

_____

_____

_____

_____

The parties agree to hold the ADR session by:

____ The presumptive deadline

_X_ Other requested deadline as follows:

In light of the limitations regarding early settlement discussions contained in the Court's January 13, 2014 Notice Regarding Factors to be Evaluated for any Proposed Class Settlement (Docket No. 29), the parties have determined that discussions regarding the propriety, timing or venue of any settlement discussions, or particular mechanisms for alternative dispute resolution, if any, are inappropriate at this juncture. Any such discussions should await the resolution of the pending Motion For Appointment of Interim Lead Counsel, scheduled to be heard on February 27, 2014, or further direction of the Court. The parties will be prepared to discuss this issue with the Court at the CMC scheduled to take place following the hearing on the pending Motion For Appointment of Interim Lead Counsel on February 27, 2014.

Dated: February 13, 2014                    **PRITZKER LAW**

By: _/s/ Elizabeth Pritzker_____
    Elizabeth Pritzker
    Attorneys for Plaintiffs Il Fornaio (America) Corporation; Oliveto Partners, Ltd.; and The Famous Enterprise Fish Company of Santa Monica, Inc.

Dated: February 13, 2014                  MITCHELL SILBERBERG AND KNUPP


                                          By: /s/ Jean Pierre Nogues
                                              Jean Pierre Nogues
                                              Attorneys for Defendant California Charcoal
                                              And Firewood, Inc.


Dated: February 13, 2014                  SANGER SWYSEN AND DUNKLE


                                          By: /s/ *Jeffrey Scott Sanger*
                                              Jeffrey Scott Sanger
                                              Attorneys for Defendant Chef's Choice
                                              Mesquite Charcoal


DATED: February 13, 2014                  FARMER BROWNSTEIN JAEGER, LLP


                                          By: /s/ *David Brownstein*
                                              David Brownstein
                                              Attorneys for Defendant
                                              Lazzari Fuel Company, LLC


**ATTESTATION:** The filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

DATED: February 13, 2014                  /s/ *David Brownstein*


## [PROPOSED] ORDER

The parties stipulation is adopted and IT IS SO ORDERED.


Dated: _____             _____
                                          The Honorable William H. Alsup
                                          United States District Judge

---

3

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
3:13-CV-05197 WHA