**SANGER SWYSEN & DUNKLE**
Attorneys at Law
Robert M. Sanger, State Bar Number 58214
Stephen K. Dunkle, State Bar Number 227136
Jeffrey S. Sanger, State Bar Number 289779
125 E. De La Guerra Street, Suite 102
Santa Barbara, California 93101
Telephone: (805) 962-4887
Facsimile: (805) 963-7311
rmsteam@sangerswysen.com

Attorneys for Defendants
Chef's Choice Mesquite Charcoal
and William W. Lord

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARBAR CUISINE, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHEF'S CHOICE MESQUITE CHARCOAL, LAZZARI FUEL COMPANY, LLC, and CALIFORNIA CHARCOAL AND FIREWOOD, INC., and William W. Lord,<br><br>Defendants. | Case No: 3:13-cv-05197 WHA; and<br>Case No. 3:13-cv-05331 WHA<br>(CONSOLIDATED)<br><br>**APPLICATION TO EXCUSE DEFENDANT CHEF'S CHOICE MESQUITE CHARCOAL AND FIREWOOD and WILLIAM W. LORD PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>Date:   June 26, 2014<br>Time:   9:30 am<br>Dept.:  Courtroom G<br>Judge:  Hon. Joseph Spero |

Defendant, Chef's Choice Mesquite Charcoal and William W. Lord respectfully request permission to be excused from attending the settlement conference set on June 26, 2014, at 9:30 a.m.

The Court's Settlement Conference Order states:

> Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with unlimited authority to negotiate a settlement. A

---

1

APPLICATION TO EXCUSE DEFENDANT CHEF'S CHOICE MESQUITE CHARCOAL AND FIREWOOD and WILLIAM L. LORD PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE

person who needs to call another person not present before agreeing to any settlement does not have full authority... Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known but no later than the Settlement Conference Statement.

Defendant William W. Lord's mother, who lived with him, passed away on June 23, 2014. Mr. Lord is in charge of her funeral arrangements and attending the settlement conference in person would create a substantial hardship. For this reason, Defendant is respectfully requesting that he be excused for personally attending the conference, that his counsel be allowed to appear alone with Defendant available by telephone.

Dated: June 24, 2014

Respectfully Submitted,

SANGER SWYSEN & DUNKLE

Robert M. Sanger
Stephen K. Dunkle
Jeffrey S. Sanger

By: /s/ Jeffrey S. Sanger
Attorneys for Defendant
Chef's Choice Mesquite Charcoal
and William W. Lord

Dated: 6/24/14

IT IS SO ORDERED
Judge Joseph C. Spero

2

**APPLICATION TO EXCUSE DEFENDANT CHEF'S CHOICE MESQUITE CHARCOAL AND FIREWOOD and WILLIAM L. LORD PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE**

## CERTIFICATE OF SERVICE

I, the undersigned declare:

I am over the age of 18 years and not a party to the within action. I am employed in the County of Santa Barbara. My business address is 125 East De La Guerra Street, Suite 102, Santa Barbara, California 93101.

On June 24, 2014, I served the following documents entitled: **APPLICATION TO EXCUSE DEFENDANT CHEF'S CHOICE MESQUITE CHARCOAL AND FIREWOOD AND WILLIAM W. LORD PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** on the interested parties in this action by depositing a true copy thereof as follows:

SEE ATTACHED SERVICE LIST

____ **BY U.S. MAIL** - I am readily familiar with the firm's practice for collection of mail and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited daily with the United States Postal Service in a sealed envelope with postage thereon fully prepaid and deposited during the ordinary course of business. Service made pursuant to this paragraph, upon motion of a party, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit.

__X__ **BY ELECTRONIC MAIL** I caused the document to be electronically delivered to the interested parties at the email addresses listed on the attached service list.

__X__ **FEDERAL** - I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

**Executed June 24, 2014, at Santa Barbara, California.**

Jacob Swanson

SERVICE LIST

Elizabeth C. Pritzker
Bethany L. Caracuzzo
Shiho Yamamoto
Pritzker Law
633 Battery Street, Suite 110
San Francisco, CA 94111
Facsimile: (415) 366-6110
Email: ecp@pritzker-law.com
       bc@pritzker-law.com
       sy@pritzker-law.com
**Attorneys for Plaintiffs Il Fornaio (America) Corporation, Oliveto Partners, Ltd., and The Famous Enterprise Fish Company of Santa Monica, Inc.**


Richard Alexander Saveri
Carl N. Hammarskjold
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
Facsimile: (415) 217-6813
Email: rick@saveri.com
       carl@saveri.com
**Attorneys for Plaintiff Darbar Cuisine, Inc.**


Robert J. Bonsignore
Moneet Kohli
Bonsignore, LLC
193 Plummer Hill Road
Belmont, NH 03220
Email: rbonsignore@classactions.us
**Attorneys for Plaintiff Darbar Cuisine, Inc.**

Bruce L. Simon
Robert G. Retana
Aaron M. Sheanin
Pearson, Simon, & Warshaw, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Facsimile: (415) 433-9008
Email: bsimon@pswlaw.com
       rretana@pswlaw.com
       asheanin@pswlaw.com
**Attorneys for Plaintiffs Il Fornaio (America) Corporation, Oliveto Partners, Ltd., and The Famous Enterprise Fish Company of Santa Monica, Inc.**


Thomas P. Lambert
Jean Pierre Nogues , Jr.
Michael E. Chait
Mitchell Silberberg and Knupp
11377 W Olympic Blvd
Los Angeles, CA 90064
Facsimile: (310) 312-3100
Email: jpn@msk.com
       tple@msk.com
       mxc@msk.com
**Attorneys for California Charcoal And Firewood, Inc.**


William S. Farmer
David Brownstein
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Facsimile: (415) 520-5678
Email: wfarmer@fbj-law.com
       dbrownstein@fbj-law.com
**Attorneys for Defendant Lazzari Fuel Company, LLC**