UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

# CIVIL MINUTES

**Case No.**: 13-cv-05197-WHA (JCS) & 13-cv-5331 WHA (JCS)

**Case Name:**  IL Fornaio (America) Corp. v.  Lazzari Fuel Company, LLC
Consolidated Case:  Darbar Cuisine v. Chef's Choice

**Date:** June 26, 2014                                **Time:** 5.5 H

**Deputy Clerk:** Karen Hom                       **Court Reporter:** Not Reported


**Attorney for Plaintiff:** Bruce Simon, Robert Retana, Elizabeth Pritzker, Bethany Caracuzzo, Shiho Yamamoto
**Attorney for Defendant:** Jean Pierre Nogues - Dft CA Charcoal; Robert Sanger - Dft Chef's Choice; David Brownstein - Dft Lazzari Fuel Co.


# PROCEEDINGS

(X)     Settlement Conference - Held            ( )     Further Settlement Conference

        ( ) Case Settled        ( ) Case Did Not Settle       (X) Partial Settlement

( )     Telephonic Scheduling Conference

( )     Discovery Conference – Lead Trial Counsel Meet and Confer

( )     Status Conference

( )     Other

**Notes:**  Tentative settlement reached with Defendants Lazzari Fuel, Morgen & Colbert. These parties shall draft the settlement and submit a Motion for Preliminary Approval to Judge Alsup. No settlement reached as to the remaining parties.  The Court sets a telephonic scheduling conference for the remaining parties for August 8, 2014 at 2:00 PM to set a further settlement conference.

**cc:**  Dawn

*Telephonic Appearance