**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD., and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated, <br><br>   Plaintiffs, <br><br>   v. <br><br> LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD, <br><br>   Defendants. <br> _____ <br><br> DARBAR CUISINE, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> CHEF'S CHOICE MESQUITE CHARCOAL, LAZZARI FUEL COMPANY LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., and WILLIAM W. LORD, <br><br>   Defendants. <br> _____ | No. C 13-05197 WHA <br><br> and <br><br> C 13-05331 WHA <br><br><br> **ORDER DENYING STIPULATION TO SHORTEN TIME ON MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS SETTLEMENT AND ORDER SETTING HEARING DATE** |

No good cause has been shown to shorten the time on the motion for preliminary approval of the partial class settlement. Accordingly, the stipulation is **DENIED** (Dkt. No. 90).

All existing deadlines remain in place. The hearing on the motion for preliminary approval of the partial class settlement is hereby reset for **TUESDAY, SEPTEMBER 16 AT 10:30 A.M.** The motion for class certification shall be heard at the same time.

Defendants' shall file one joint brief (not to exceed forty pages) in response to the motion for class certification. Plaintiffs' reply brief shall not exceed twenty pages.

**IT IS SO ORDERED.**

Dated: July 28, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE