1

2

3                                IN THE UNITED STATES DISTRICT COURT

4

5                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
   IL FORNAIO (AMERICA) CORPORATION,
7  OLIVETO PARTNERS, LTD. and THE FAMOUS
   ENTERPRISE FISH COMPANY OF SANTA                    No.  C 13-05197 WHA and
8  MONICA, INC., on behalf of themselves and all others      C 13-05331 WHA
   similarly situated,                                        (consolidated)
9
                     Plaintiffs,
10
11      v.

12 LAZZARI FUEL COMPANY, LLC,                          **REQUEST FOR INFORMATION**
   CALIFORNIA CHARCOAL AND FIREWOOD, INC.,
13 CHEF'S CHOICE MESQUITE CHARCOAL,
   RICHARD MORGEN, ROBERT COLBERT,
14 MARVIN RING, and WILLIAM W. LORD,

15              Defendants.
   _____/
16
   DARBAR CUISINE, INC.,
17
                Plaintiff,
18
       v.
19
   CHEF'S CHOICE MESQUITE CHARCOAL,
20 LAZZARI FUEL COMPANY LLC,
   CALIFORNIA CHARCOAL AND FIREWOOD, INC.,
21 and WILLIAM W. LORD,

22              Defendants.
   _____/
23

24        Dr. Andrew Schwarz estimated that all defendants had a "total of $78 million in sales

25 over the period of the alleged conspiracy."  He estimated that the overcharges for all defendants

26 ranged from $8.26 to $12.60 million (Schwarz Decl. ¶¶ 16, 87).  By **NOON ON SEPTEMBER 15**,

27 the parties shall please file a declaration identifying:  (i) the total dollar amount of sales of

28 mesquite lump charcoal during the alleged 11-year conspiracy by defendant and by year, and

   (ii) the total unit sales of mesquite lump charcoal sales during the alleged 11-year conspiracy by

*United States District Court*
*For the Northern District of California*

**United States District Court**
For the Northern District of California

1   defendant and by year.  Counsel should be prepared to address these figures and all potentially

2   relevant figures at the hearing on September 16.

3

4   Dated:   September 11, 2014.

5   WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28