**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD,

    Defendants.
                             /

DARBAR CUISINE, INC.,

    Plaintiff,

  v.

CHEF'S CHOICE MESQUITE CHARCOAL, LAZZARI FUEL COMPANY LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., and WILLIAM W. LORD,

    Defendants.
                             /

No. C 13-05197 WHA and
    C 13-05331 WHA
    (consolidated)

**SECOND REQUEST FOR INFORMATION**

By **NOON ON SEPTEMBER 15**, defendant Robert Colbert shall file a declaration stating his current annual income.

Dated: September 11, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE