**United States District Court**
For the Northern District of California

1

2

3          IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

IL FORNAIO (AMERICA) CORPORATION,
OLIVETO PARTNERS, LTD. and THE FAMOUS
ENTERPRISE FISH COMPANY OF SANTA                    No.  C 13-05197 WHA and
MONICA, INC., on behalf of themselves and all others      C 13-05331 WHA
similarly situated,                                        (consolidated)

                    Plaintiffs,

     v.

LAZZARI FUEL COMPANY, LLC,                          **REQUEST FOLLOWING**
CALIFORNIA CHARCOAL AND FIREWOOD, INC.,             **SEPTEMBER 16 HEARING**
CHEF'S CHOICE MESQUITE CHARCOAL,
RICHARD MORGEN, ROBERT COLBERT,
MARVIN RING, and WILLIAM W. LORD,

                    Defendants.
_____/

DARBAR CUISINE, INC.,

                    Plaintiff,

     v.

CHEF'S CHOICE MESQUITE CHARCOAL,
LAZZARI FUEL COMPANY LLC,
CALIFORNIA CHARCOAL AND FIREWOOD, INC.,
and WILLIAM W. LORD,

                    Defendants.
_____/

        At the hearing on September 16, counsel for defendant Lazzari Fuel Company, LLC

referenced (i) an agreement with the Department of Justice pursuant to the Antitrust Criminal

Penalty Enhancement and Reform Act, and (ii) restitution.  By **NOON ON**

**SEPTEMBER 19, 2014**, Lazzari shall please file a declaration regarding these items, appending

all supporting documentation, including the executed agreement(s) with the Department of

Justice.  Lazzari and plaintiffs shall also please file a joint memorandum of authorities

(not to exceed six pages) regarding the effect, if any, of Lazzari's agreement with the

Department of Justice.  The memorandum should address, *inter alia*, "cooperation," trebling

damages, joint-and-several liability, and attorney's fees.

      As stated at the hearing, the settling defendants have until **NOON ON SEPTEMBER 19** to

file a statement regarding whether the proposed partial class settlement will be revised to

propose a substantially shorter payment schedule.

Dated:   September 16, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE