United States District Court

For the Northern District of California

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4
5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
6   IL FORNAIO (AMERICA) CORPORATION,
    OLIVETO PARTNERS, LTD. and THE FAMOUS          No.  C 13-05197 WHA and
7   ENTERPRISE FISH COMPANY OF SANTA                    C 13-05331 WHA
    MONICA, INC., on behalf of themselves and all others     (consolidated)
8   similarly situated,
9                    Plaintiffs,
10     v.
11  LAZZARI FUEL COMPANY, LLC,                      **REQUEST RE SETTLEMENT**
    CALIFORNIA CHARCOAL AND FIREWOOD, INC.,
12  CHEF'S CHOICE MESQUITE CHARCOAL,
    RICHARD MORGEN, ROBERT COLBERT,
13  MARVIN RING, and WILLIAM W. LORD,
14                   Defendants.
                                                                    /
15  DARBAR CUISINE, INC.,
16                   Plaintiff,
17     v.
18  CHEF'S CHOICE MESQUITE CHARCOAL,
19  LAZZARI FUEL COMPANY LLC, CALIFORNIA
    CHARCOAL AND FIREWOOD, INC., and
20  WILLIAM W. LORD,
21                   Defendants.
                                                                    /
22
23          The Lazzari defendants previously represented that they were working on revising the

24  proposed partial class settlement and intended to submit a revised settlement proposal.

25  No revised proposal has been filed.  The Lazzari defendants have until **NOON ON**

26  **SEPTEMBER 29** to file a signed, agreed-upon proposed partial class settlement, or to file a joint

27  statement showing cause why no revised settlement has been filed.

28  Dated:   September 25, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE