UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARBAR CUISINE, INC.,

  Plaintiff,

  v.

CHEF'S CHOICE MESQUITE CHARCOAL, et al.,

  Defendants.

Case No. 13-cv-05331-WHA   (JCS)

**ORDER FOR SETTLED DEFENDANTS TO APPEAR AT OCTOBER 2, 2014 SETTLEMENT CONFERENCE**

  IT IS HEREBY ORDERED that Defendants Lazzari Fuel, Morgen & Colbert, shall attend the further settlement conference set for **October 2, 2014, at 9:30 AM**, for further settlement discussions. The terms in the Notice and Order Setting Further Settlement Conference, ECF Dkt No. 59, dated August 11, 2014, shall remain in effect.

  **IT IS SO ORDERED.**

Dated: September 29, 2014

                JOSEPH C. SPERO
                United States Magistrate Judge