IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD,<br><br>Defendants. | No. C 13-05197 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

In this civil antitrust class action, fact discovery closes on December 19. On October 26, defendant Chef's Choice served third-party Mark Schulz with a deposition subpoena, noticed for November 7. On November 5, Mr. Schulz filed a motion to quash (or for a protective order). He also requested a hearing on sanctions. In essence, the dispute boils down to setting a date for Mr. Schulz's deposition, given his counsel's schedule.

The parties' response to the motion is due by **NOVEMBER 12 AT NOON**. The response shall not exceed five pages. The Court **SETS** a two-hour meet-and-confer in the Court's jury room on the 19th floor of the federal courthouse, starting at **7:30 A.M. AND CONTINUING UNTIL 9:30 A.M. ON WEDNESDAY, NOVEMBER 19, 2014**. At 9:30 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Please promptly buzz chambers at 7:30 a.m. to be let into the

United States District Court
For the Northern District of California

jury room. Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue at the hearing. Both sides shall please bring all relevant calendars.

**IT IS SO ORDERED.**

Dated: November 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE