United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IL FORNAIO (AMERICA) CORPORATION,
OLIVETO PARTNERS, LTD. and THE FAMOUS
ENTERPRISE FISH COMPANY OF SANTA
MONICA, INC., on behalf of themselves and all others
similarly situated,

        Plaintiffs,

  v.

LAZZARI FUEL COMPANY, LLC,
CALIFORNIA CHARCOAL AND FIREWOOD, INC.,
CHEF'S CHOICE MESQUITE CHARCOAL,
RICHARD MORGEN, ROBERT COLBERT,
MARVIN RING, and WILLIAM W. LORD,

        Defendants.

_____/

No.  C 13-05197 WHA

**ORDER VACATING
DISCOVERY HEARING**

In this civil antitrust class action, fact discovery closes on December 19.  On October 26, defendant Chef's Choice served third-party Mark Schulz with a deposition subpoena. On November 5, Mr. Schulz filed a motion to quash and/or for protective order (Dkt. No. 148). On November 11, counsel for Chef's Choice and William Lord and counsel for third-party Mark Schulz filed a stipulation and proposed order.  The parties withdrew the motion to quash and/or for protective order and request that the November 19 hearing be vacated.  The parties have agreed to a deposition of Mr. Schulz on November 24, 2014.

Based on the parties' representations, the November 19 meet-and-confer and discovery hearing are hereby **VACATED**.  Docket numbers 148 and 152 are hereby terminated.  All existing deadlines remain in place.

      **IT IS SO ORDERED.**

Dated:   November 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE