IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD,

    Defendants.

No. C 13-05197 WHA

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEFS**

In this civil antitrust class action, on October 24, a motion for preliminary approval of a partial class settlement that would cover five of the seven defendants was filed. On November 14, class counsel stated that they had reached a proposed settlement with the remaining two defendants. In other words, class counsel has reached a global class settlement. The Lazzari defendants would pay $825,000, the California Charcoal defendants would pay $1.55 million, and the Chef's Choice defendants would pay $2.2 million, under the proposal. Class counsel's motion for leave to file a supplemental brief regarding the proposed global class settlement is **GRANTED**. The supplemental brief is due by **NOVEMBER 21**. It should include a signed copy of the Chef's Choice proposed settlement agreement, all relevant information about defendants' ACPERA cooperation efforts, and a proposed class notice. Defendants may also file a supplemental brief (not to exceed ten pages) regarding their ACPERA compliance. Any opposition or objections are due by **NOVEMBER 28, 2014**. The **DECEMBER 4** hearing remains on calendar.

    **IT IS SO ORDERED.**

Dated: November 14, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE