IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD,

    Defendants.

No. C 13-05197 WHA

**AMENDMENT TO CASE MANAGEMENT SCHEDULING ORDER**

    The case management order is hereby amended so that the last date for designation of expert testimony and disclosure of opening expert reports is **DECEMBER 26, 2014**.

    **IT IS SO ORDERED.**

Dated: December 4, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE