IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated,

   Plaintiffs,

 v.

LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD,

   Defendants.

No. C 13-05197 WHA

**ORDER RE CLAIM FORMS AND RE ATTORNEY'S FEES AND EXPENSES**

### 1. CLAIM FORM.

Last year, the parties in this class action reached a $4.575 million proposed class settlement. To qualify for a portion of the settlement fund, each class member had to timely submit a claim form. Accordingly, the class administrator mailed notice of the class settlement (with the claim form attached) to 1,191 class members and thrice published a banner-shaped ad (with a hyperlink to the class website) on a trade website. Now, the deadline has elapsed and no one has objected to the settlement. According to the class administrator, 138 claim forms were submitted but 41 were "deficient." (The class administrator sent deficiency letters so those class members could cure the "deficiencies.")

In light of these circumstances, this order would like the class administrator to please try again to elicit more claim forms. By **APRIL 14, 2015**, the class administrator shall please send a letter (with the claim form attached) to all class members who have not yet filed a claim form.

The letter shall state:

> **PLEASE PROMPTLY COMPLETE THE ATTACHED CLAIM FORM.**
>
> Now pending is a civil antitrust class action against Lazzari Fuel Company, LLC, California Charcoal and Firewood, Inc., Chef's Choice Mesquite Charcoal, Richard Morgen, Robert Colbert, Marvin Ring, and William Lord regarding mesquite lump charcoal. *Il Fornaio Corporation, et al. v. Lazzari Fuel Company, LLC, et al.*, No. 13-05197-WHA (N.D. Cal.). In exchange for a release of claims, defendants have agreed to provide a $4.575 million settlement fund.
>
> To be eligible for a share of the settlement money, you were required to submit the attached claim form by March 31. Our records indicate that you did not timely submit a claim form. Nevertheless, the judge has agreed to extend the deadline to **APRIL 30, 2015**.
>
> Please promptly complete the attached claim form and mail it to Dahl Administration, PO Box 3614, Minneapolis, MN 55403. Your claim form must be postmarked by **APRIL 30, 2015**. You will be bound by the release even if you do not timely submit a completed claim form.

Class counsel shall please promptly provide the class administrator with a copy of this order. The cost of providing this additional procedure shall come from the class settlement fund. A status report is due by **MAY 7 AT NOON**.

### 2. ATTORNEY'S FEES AND EXPENSES.

Class counsel seek $1.1 million in fees and $221,278 in expenses. Class counsel, however, did not append to their motion any timesheets or invoices. They only submitted summary time and expense reports (Pritzker Exhs. B, C). By **APRIL 9 AT NOON**, class counsel shall please file timesheets supporting the "$1.62 million lodestar" and invoices for all expenses sought.

### 3. HEARING.

Currently, both pending motions are set to be heard on **WEDNESDAY, APRIL 22 AT 3:00 P.M.** The undersigned judge is tentatively inclined to proceed with that hearing but it may become necessary to hold the pending motions in abeyance to see whether additional claim forms are timely filed. All objections to this order must be filed by **APRIL 6 AT NOON**.

**IT IS SO ORDERED.**

Dated: April 3, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2