IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD,

    Defendants.

No. C 13-05197 WHA

**ORDER DENYING SEALING MOTION (DKT. NO. 168)**

Class counsel seek $1.1 million in attorney's fees and $221,221.72 in expenses. On April 9, class counsel filed an administrative motion to file under seal all of the descriptions on their time sheets. No narrowly-tailored specific redactions were proposed (Dkt. No. 168).

Our analysis begins with a "strong presumption" in favor of access to court records. *Foltz v. State Farm Mutual Automobile Insurance Company*, 331 F.3d 1122, 1135 (9th Cir. 2003). For non-dispositive motions, the "good cause" standard applies and there must be a "particularized showing" that specific harm or prejudice will result if the information is disclosed. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006). That showing has not been met here for class counsel's blanket proposed redactions. Moreover, class counsel have failed to identify what specific harm or prejudice would result if the information was disclosed. Accordingly, the sealing motion is **DENIED**. In light of the upcoming hearing, class counsel's exhibits must be re-filed by **APRIL 17 AT NOON**.

**IT IS SO ORDERED.**

Dated: April 13, 2015.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE