IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IL FORNAIO (AMERICA) CORPORATION, OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD,<br><br>Defendants.<br>_____ / | No. C 13-05197 WHA<br><br>**NOTICE RE UPCOMING HEARING** |

The Court has concerns about, among other things, the low response rate. At tomorrow's hearing, counsel should be prepared to explain what can be done about it. Class counsel should also bring copies of all of the claim forms submitted. Additionally, please bring a numbered list (from highest to lowest) of all claimants alleging qualifying purchases of more than $10,000. The list should include three columns: name, claimed amount of qualifying purchases, and estimated *pro rata* share.

Dated: April 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE