IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IL FORNAIO (AMERICA) CORPORATION, et al.,

    Plaintiffs,

  v.

LAZZARI FUEL COMPANY, LLC, et al,

    Defendants.

No. C 13-05197 WHA

**ORDER RE DEFENDANTS' RESPONSE RE NOTICES**

Defendants state that of the 201 notices which were returned as undeliverable, they have identified 46 entities for whom "new, valid addresses could be obtained." Defendants represent that notice has been sent to those new addresses. Defendants request that the deadline to submit claim forms for those specific 46 entities be extended to May 14. This order rules as follows.

1. By **MAY 5**, defendants shall file a list of the names, cities, and states for the 46 entities. For those 46 entities, if notice of the class settlement was mailed by May 1, then the deadline to submit claim forms for them is **MAY 15, 2015**. Their claim forms should be postmarked by May 15.

2. Defendants, the class administrator, and class counsel shall *promptly* use all reasonable efforts to find email addresses for all 46 entities. By **MAY 6**, the class administrator shall send an email notice of the class settlement (with the claim form attached) to those 46 entities (notifying them of, among other things, the May 15 deadline).

3. By **MAY 19 AT 5:00 P.M.**, the class administrator shall file an updated declaration. Please be specific about when and what notice was disseminated to the 46 entities, whether any notices were returned as undeliverable, and the number of claim forms timely submitted.

**IT IS SO ORDERED.**

Dated: May 1, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE