**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IL FORNAIO (AMERICA) CORPORATION; OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD,<br><br>    Defendants.<br>                                                / | No. C 13-05197 WHA<br><br>**ORDER TO DISTRIBUTE SETTLEMENT FUND** |

      Plaintiffs have filed a motion seeking authorization to distribute funds pursuant to the settlement agreement in the above-captioned matter, in accordance with the recommendation of the claims administrator. Plaintiffs' brief in support of its motion noted that defendants did not oppose the motion. Any opposition brief was due on September 23. No opposition was filed. Good cause shown, plaintiffs' motion is granted as follows:

    1.    The recommendation of plaintiffs and Dahl Administration, LLC, (the claims administrator) that otherwise valid claims dated after the original March 31, 2015 claims deadline and postmarked on or before May 15, 2015 shall be deemed to have been timely filed is **APPROVED**.

2. $2,023.97 shall be paid from the settlement fund to Dahl for additional administrative expenses incurred in excess of the amounts paid by defendants to cover settlement notice and administration costs.

3. Dahl's determination as to how the Net Settlement Fund shall be allocated is **APPROVED**.

4. Claimant Papa's BBQ Pit of Lancaster, California, having timely filed a valid claim form, is no longer excluded from the settlement, and is hereby bound by the settlement and will receive its *pro rata* share of the Net Settlement Fund.

5. All claimants, whether or not they are to receive a distribution from the Net Settlement Fund, are hereby barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them by Dahl.

6. Dahl and counsel must keep all records of any type for four years.

**IT IS SO ORDERED.**

Dated:   September 29, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE