1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IL FORNAIO (AMERICA) CORPORATION; OLIVETO PARTNERS, LTD. and THE FAMOUS ENTERPRISE FISH COMPANY OF SANTA MONICA, INC., on behalf of themselves and all others similarly situated, | CASE NO. 3:13-cv-05197 WHA |
| | CLASS ACTION |
| Plaintiffs, | [PROPOSED] ORDER TO DISTRIBUTE REMAINING FUNDS AND CLOSE CASE |
| vs. | |
| LAZZARI FUEL COMPANY, LLC, CALIFORNIA CHARCOAL AND FIREWOOD, INC., CHEF'S CHOICE MESQUITE CHARCOAL, RICHARD MORGEN, ROBERT COLBERT, MARVIN RING, and WILLIAM W. LORD, | Judge:  Hon. William H. Alsup |
| Defendants. | |

20

21

22

23

24

25

26

27

28

This parties having submitted their Joint Status Report, and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      The $3,439,772.12 in the Net Settlement Fund has been distributed, in its entirety, to all Authorized Claimants.

2.      All funds have been distributed to the class, the Settlement Administrator, class counsel, leaving an interest balance in the escrow account of $30.52.

3.      The $30.52 remaining in the escrow account shall be donated to the American Antitrust Institute ("AAI") as *cy pres*. The Court finds that the AAI is an appropriate institution to receive the *cy pres* funds, given its work dedicated to the development and enforcement of antitrust laws.

4.      This matter is hereby closed.

IT IS SO ORDERED.


DATED:   January 19, 2016.


_____
HON. WILLIAM H. ALSUP
Judge of the United States District Court
Northern District of California